No. 04–10722. WOOTEN v. CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 04–10723. MILES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–10726. HERNANDEZ v. WEST, SUPERINTENDENT, ELMIRA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–10727. GRATZER v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 04–10729. GOMEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 04–10730. FLOYD v. LAUNDY ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–10731. HOLLAND v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 04–10732. HAWKINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10733. HARMON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. 

No. 04–10734. HENRY v. COLLERAN, SUPERINTENDENT, WAYMART STATE CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 04–10735. CHAMBERS v. MILLION, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 04–10736. HASTINGS v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 04–10737. HOWARD v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 04–10738. GERMAN v. BAKER ET AL. C. A. 5th Cir. Certiorari denied. 

No. 04–10739. FOUNTAIN v. THOMAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.